# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| THEODORE WILLIAM RAY, | ) | No. CV 08-2847-R (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| KEN CLARK, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 23, 2011

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE